STANLEY N. CARR, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant.

*Negligence — railroads — action for injuries through collision at crossing,— obstructions along right of way — failure to warn of approach of train.*

*Carr* v. *Pennsylvania R. R. Co.*, 189 App. Div. 925, affirmed.

(Argued May 4, 1921; decided May 31, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 23, 1919, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff was driving a horse and buggy over defendant's tracks at what is known as the Wheeler crossing in the town of Sardinia when it was struck by one of defendant's trains and he received the injuries complained of. The complaint alleged that defendant had permitted obstructions along its right of way which interfered with the view of persons approaching the crossing and had failed to give warning of the train's approach.

*H. J. Adams* and *Frank Rumsey* for appellant.
*Irving W. Cole* and *Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: McLAUGHLIN, J.